PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. GHENET MESFUN                                    Docket No. 05-858

### Petition for Action

COMES NOW PRETRIAL SERVICES OFFICER, Daniela Guido, presenting an official report on defendant **Ghenet Mesfun,** who was ordered committed to an appropriate facility, as designated by the Bureau of Prisons, for evaluation by the Honorable William H. Walls.

Respectfully presenting petition for action of Court and for cause as follows:

PRAYING THAT THE COURT WILL ORDER THE PRETRIAL SERVICES REPORT, AS WELL AS ANY MEDICAL REPORTS COMPLETED FOR BAIL PURPOSES, RELEASED TO THE BUREAU OF PRISONS IN ORDER TO ASSIST IN THEIR EVALUATION OF THE DEFENDANT.

ORDER OF COURT

Considered and ordered this 3 day of January, 2008 and ordered filed and made a part of the records in the above case.

_____
Honorable William H. Walls
Senior U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 17, 2007

_____
Sandra Bravo
Supervisory U.S. Pretrial Services



# M E M O R A N D U M

**Date:** December 17, 2007

**Reply to Attn of:** Daniela Guido
U.S. Pretrial Services Officer

**Subject:** Mesfun, Ghenet
Docket No. 05-858

**To:** Honorable William H. Walls
Senior U.S. District Court Judge

Enclosed is a Petition for Action in which is detailed the above-named defendant's commitment status and recommendation to provide pretrial services information to the requesting Bureau of Prisons facility.

Should Your Honor concur with the recommendation, an Order has been provided for your signature.

Pretrial Services is available to the Court should any further information be needed.

Approved by:

*[signature]*
Sandra Bravo
Supervisory U.S. Pretrial Services Officer