IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL NO. 05-858 (WHW) |
| GHENET MARU MESFUN and JOSEPH Y. MESFUN | : STIPULATED SCHEDULING ORDER |

STIPULATED SCHEDULING ORDER

The parties having presented to the Court the Proposed Stipulated Scheduling Order set forth herein, pursuant to the Court's letter dated March 12, 2008 requesting that the parties propose dates to hold a hearing in accordance with Sell v. United States, 539 U.S. 166, 123 S. Ct. 2174 (2003), it is hereby ORDERED that:

1)  The hearing shall take place by video teleconference on Wednesday, May 28, 2008. All parties shall meet at the Federal Medical Center Carswell, in Fort Worth, Texas, for broadcast to the Court.

2)  It is further ORDERED that the time associated with these proceedings related to the defendant's restoration to competency be excluded, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(1)(H), 3161(h)(4), 3161(h)(7), and 3161(h)(8)(A), from the computation of the time within which trial must commence, as the ends of justice served by full and fair consideration of

1

issues relating to involuntary medication in relation to defendant's competency to stand trial outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

Dated: 29 April, 2008

2