UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| GHENET MARU MESFUN and JOSEPH Y. MESFUN, | : | Crim. No. 05-858 (WHW) |
| | : | |
| Defendants. | : | |

**Walls, Senior District Judge**

It is on this 9th day of June, 2008,

**ORDERED** <u>sua sponte</u> that Stephen Turano, Esq. be appointed as counsel for Defendant Ghenet Maru Mesfun pursuant to the Criminal Justice Act based on the Court's findings as to Defendant's competency to stand trial and representations regarding Defendant's ability to pay her attorney's fees. If in the future Defendant has funds sufficient to pay her attorney's fees, Defendant shall reimburse the United States of America for any payments made to Stephen Turano, Esq. pursuant to the Criminal Justice Act; and

**ORDERED** that a hearing pursuant to <u>Sell v. United States</u>, 539 U.S. 166 (2003), to resolve the United States of America's motion for order authorizing involuntary medication for purpose of restoration of competency to stand trial (No. 57) will be held on Thursday, June 19, 2008, at 10:00 a.m.

s/William H. Walls
United States Senior District Judge