IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,       :
                                :
v.                              :    CRIMINAL NO. 05-858 (WHW)
                                :
GHENET MARU MESFUN              :
    and                         :
JOSEPH Y. MESFUN                :

ORDER TO EXCLUDE TIME

The Court having granted the United States' motion to have Defendant Ghenet Maru Mesfun involuntarily medicated for restoration to competency, and the Court having directed FMC Carswell to medicate Defendant and report back to the Court, it is hereby ORDERED that all time associated with these proceedings related to Defendant's restoration to competency be excluded, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(1)(H), 3161(h)(4), 3161(h)(7), and 3161(h)(8)(A), from the computation of the time within which trial must commence, as the ends of justice served by full and fair consideration of issues relating to involuntary medication in relation to Defendant's competency to stand trial outweigh the best interests of the public and Defendants Ghenet Maru Mesfun and Joseph Y. Mesfun to a speedy trial.

SO ORDERED.

_____
WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

Dated: 30 June, 2009